**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

ODALIS CRUZ and
ANTONIO R. CRUZ,

      Plaintiffs,

v.                                                       CASE NO. 1:26cv22-RH-MAF

ALACHUA COUNTY SHERIFF'S
OFFICE et al.,

      Defendants.

_____/


**<u>ORDER OF DISMISSAL</u>**


This case is before the court on the magistrate judge's report and

recommendation, ECF No. 4. No objections have been filed. As set out in the

report and recommendation, a person who is not an attorney can represent himself

or herself but cannot represent others in federal litigation. And the plaintiffs have

not alleged a viable claim of their own. Since being advised of these limitations,

the plaintiffs have taken no action.

Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted. The clerk must enter judgment stating, "This case is dismissed without prejudice for failure to prosecute and failure to comply with a court order." The clerk must close the file.

SO ORDERED on March 20, 2026.

s/Robert L. Hinkle
United States District Judge